**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Dated: February 04 2011

Mary Ann Whipple
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | | |
|---|---|---|---|
| In re: Christina L. Harkness-Dickerson | * | Case No. 10-35283 W | |
| SSN: xxx-xx-9629 | | | |
| Darick J. Dickerson | * | JUDGE MARY ANN WHIPPLE | |
| SSN: xxx-xx-5725 | | | |
| **Debtors** | * | Chapter 13 | |

## ORDER

This matter came on to be heard upon the Motion of the Standing Chapter 13 Trustee to Dismiss for Failure to Make Plan Payments.

The Court finds that copies of the Motion, as well as a Notice of said Motion directing the Debtors to file a responsive pleading and request for hearing were mailed to the Debtors and attorney for the Debtors. Further, the Court finds that whereas the Trustee and Counsel for the Debtors appeared at that scheduled hearing, the Debtors were not present.

It is therefore,

**ORDERED** that this case be and the same is hereby dismissed.

It is **FURTHER ORDERED** that John P. Gustafson, the Standing Chapter 13 Trustee, disburse any remaining funds on hand;

It is **FURTHER ORDERED** that the Clerk, United States Bankruptcy Court, serve a notice of this Order upon the Debtors, attorney for the Debtors, the Trustee, and all of the creditors and parties in interest.